DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DUSTIN ALLAN WAYMAN SIMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3754

[April 2, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 56-2014-CF-001321.

Barbara Kibbey of Kibbey | Wagner, Stuart, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***